IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-cv-01979-M |
| | § | |
| NEORA, LLC, SIGNUM BIOSCIENCES, SIGNUM NUTRALOGIX, and JEFFREY OLSON, | § § § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.3, Defendants Neora, LLC and Jeffrey Olson ("Defendants") move this Court to enter summary judgment against Plaintiff Federal Trade Commission ("Plaintiff") on Plaintiff's claim against Defendants that they violated the Federal Trade Commission Act by operating or promoting participation in an illegal pyramid scheme (Count I of Plaintiff's Complaint for Permanent Injunction and Other Equitable Relief (Dkt. 1)).

The matters required by Local Rule 56.3(a) will be set forth in Defendants' Sealed Brief in Support of their Motion for Partial Summary Judgment, filed concurrently with this Motion.

WHEREFORE, Defendants respectfully request that the Court enter an order granting this Motion, as well as such other and further relief at law or in equity to which Defendants may show themselves justly entitled.

Date: July 13, 2022

Respectfully submitted,

*/s/ Craig B. Florence*
Craig B. Florence
Texas Bar No. 07158010
cflorence@foley.com
Michelle Y. Ku
Texas Bar No. 24071452
mku@foley.com
FOLEY & LARDNER LLP
2021 McKinney, Suite 1600
Dallas, Texas 75201
Tel: 214.999.3000
Fax: 214.999.4667

Edward D. ("Ed") Burbach
Texas Bar No. 03355250
eburbach@foley.com
Robert F. Johnson
Texas State Bar No. 10786400
rjohnson@foley.com
John Sepehri
Texas Bar No. 00797408
jsepehri@foley.com
FOLEY & LARDNER LLP
600 Congress Avenue, Suite 3000
Austin, TX 78701
Tel: 512.542.7000
Fax: 512.542.7100

Jay N. Varon
District of Columbia Bar No. 236992
jvaron@foley.com
(admitted *pro hac vice*)
FOLEY & LARDNER LLP
3000 K St. NW
Washington, DC  20007
Tel: 202.672.5300
Fax: 202.672.5399

**COUNSEL FOR DEFENDANTS
NEORA, LLC and JEFFREY OLSON**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the above and foregoing document has been served on July 13, 2022 on all counsel of record who are deemed to have consented to electronic service *via* the Court's CM/ECF system.

*/s/ Craig B. Florence*
Craig B. Florence