IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-cv-01979-M |
| | § | |
| NEORA, LLC, SIGNUM BIOSCIENCES, | § | |
| SIGNUM NUTRALOGIX, and | § | |
| JEFFREY OLSON, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND ORDER QUASHING FEDERAL TRADE COMMISSION'S SUBPOENA DUCES TECUM

Before the Court is Defendants' Unopposed Motion to Withdraw Defendants' Motion for Protective Order and Order Quashing Federal Trade Commission's Subpoena Duces Tecum. The motion is **GRANTED** and Defendants' Motion for Protective Order and Order Quashing Federal Trade Commission's Subpoena Duces Tecum (Dkt. 182) is withdrawn without prejudice.

**SO ORDERED.**

_August 9_, 2022.

_____
MAGISTRATE JUDGE DAVID L. HORAN