UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,          )<br>                                                            )<br>                                                            )<br>        Plaintiff,                                     )<br>                                                            )<br>v.                                                         )<br>                                                            )<br>NEORA, LLC, *et al.*,                        )<br>                                                            )<br>        Defendants.                              )<br>                                                            ) | Civil Action No. 3:20-cv-01979-M |

**PLAINTIFF FEDERAL TRADE COMMISSION'S
RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

For the reasons set forth in its Brief in Response to Defendants' Motion for Partial Summary Judgment (Dkt. 197), the Appendix in support thereof (Dkt. 198), and all pleadings and papers on file, the FTC respectfully requests that this Court deny Defendants' Motion for Partial Summary Judgment in its entirety.

In support of this Response, the FTC files the accompanying Brief in Response to Defendants' Motion for Partial Summary Judgment and Appendix. Pursuant to Local Rule 56.4(b), each of the matters required by Local Rule 56.4(a), including the FTC's reasons for opposing Defendants' motion and relevant supporting citations to the Appendices in the record, are set forth in the FTC's accompanying Brief.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: August 13, 2022 | /s/ *Katharine Roller* <br> KATHARINE ROLLER <br> GUY G. WARD <br> LISA W. BOHL <br> RACHEL SIFUENTES <br> SAMANTHA DENNY <br> Federal Trade Commission, Midwest Region <br> 230 S. Dearborn, Suite 3030 <br> Chicago, Illinois 60604 <br> Tel: (312) 960-5605 <br> Fax: (312) 960-5600 <br> Email: kroller@ftc.gov <br><br> Attorneys for Plaintiff <br> FEDERAL TRADE COMMISSION |