UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:20-cv-01979-M |
| ) | |
| v. ) | |
| ) | |
| NEORA, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Nunc Pro Tunc Motion to Deem Their Responses to Cross-Motions for Summary Judgment as Timely Filed. Upon consideration, the Motion is **GRANTED**, as follows:

1. FTC's MPSJ Response (Dkt. 228) is deemed timely filed nunc pro tunc;

2. Defendants' appendix portions, notice of manual filing of appendix exhibits, and their brief in support of their opposition to the FTC's motion for summary judgment (Dkts. 217-225, 226, 227) are deemed timely filed nunc pro tunc; and

3. The parties' reply briefs, if any, remain due on August 26, 2022. *See* L.R. 71.(f).

**IT IS SO ORDERED**.

Signed:_____, 2022.

                                                **BARBARA M. G. LYNN**
                                                **CHIEF JUDGE**
                                                **UNITED STATES DISTRICT COURT**
                                                **NORTHERN DISTRICT OF TEXAS**