IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 3:20-cv-01979-M |
| NEORA LLC, et al., | | |
| Defendants. | | |

### ORDER

Before the Court is the Joint Nunc Pro Tunc Motion to Deem Responses to Cross-Motions for Summary Judgment as Timely Filed. ECF No. 229. The Motion is **GRANTED**, as follows:

1. The FTC's Response to Defendants' Motion for Partial Summary Judgment (ECF No. 228) is deemed timely filed nunc pro tunc;

2. Defendants' appendix portions, notice of manual filing of appendix exhibits, and their brief in support of their opposition to the FTC's Motion for Summary Judgment (ECF Nos. 217–25, 226, 227) are deemed timely filed nunc pro tunc; and

3. The parties' reply briefs, if any, remain due on August 26, 2022.

**SO ORDERED**.

August 17, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

1