IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-cv-01979-M |
| | § | |
| NEORA, LLC, SIGNUM BIOSCIENCES, | § | |
| SIGNUM NUTRALOGIX, and | § | |
| JEFFREY OLSON, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' DEPOSITION DESIGNATIONS

Defendants Neora, LLC and Jeffrey Olson ("Defendants") respectfully designate the following deposition excerpts that they may use at the trial of this matter, with these designations also intended to incorporate applicable errata changes (if any). In doing so, Defendants reserve the right to amend, supplement, or otherwise modify these designations and to make rebuttal, cross, and impeachment designations. Defendants also reserve the right to use any deposition testimony, whether identified or not, in rebuttal and/or cross-examination. Defendants also reserve the right to present at trial deposition testimony of witnesses identified in the Federal Trade Commission's disclosures and/or deposition designations.

| Deponent | Date Taken | Page:Line |
|---|---|---|
| Todd Kossow | November 8, 2021 | 11:17-19:7; 21:3-22:13; 26:20-25; 27:23-30:10; 31:17-32:11; 36:1-24; 40:12-22; 41:10-53:2; 59:13-66:19; 67:12-70:17; 71:4-74:4; 75:5-78:13; 80:10-82:20; 90:7-96:7; 96:8-104:21; 105:16-25; 107:15-110:16; 114:5-11; 117:12-120:15; 121:18-21; 122:19-124:11; 129:19-151:24; 152:2-153:12; 154:22-161:3; 164:24-165:17; 176:2-18; 204:21-215:17; 234:3-235:19; 247:11-248:4; 250:18-21; 257:24-275:22; 279:15-24; 291:23-293:5; 327:17-20; 344:14-347:6; 352:7-17 |
| Bonnie Patten | December 1, 2021 | 21:4-24:6; 28:5-29:5; 35:8-10; 37:23-38:7; 39:7-47:22; 50:17-23; 52:5-9; 53:6-14; 69:24-70:13; 74:21-76:1; 77:4-82:8; 105:15-106:9; 111:21-113:7; 113:10-115:20; 124:15-139:2; 140:7-141:2; 141:23-144:20; 145:4-154:20; 159:24-160:15; 161:15-166:17; 167:22-168:25; 170:13-20; 171:13-173:3; 174:18-23; 175:1-25; 196:17-228:2; 229:3-230:25; 234:6-237:7; 244:21-246:15; 246:23-252:1; 253:8-11; 257:16-259:22; 261:8-11; 264:3-265:1; 272:18-275:6; 277:3-282:11; 284:6-290:5; 296:12-297:20 |
| Dr. David M. Givens | May 11, 2022 | 10:19-22; 18:4-19:24; 20:13-15; 21:3-18; 27:8-28:21; 29:13-30:8; 31:8-35:23; 42:22-49:20; 51:7-58:10; 60:16-61:19; 62:7-63:1; 64:3-11; 69:1-11; 74:1-11; 77:23-78:7; 80:20-82:3; 83:20-84:5; 86:12-88:2; 91:8-92:2; 95:10-23; 96:5-17; 99:9-100:9; 105:5-106:2; 118:3-21; 119:20-120:15; 122:4-18; 125:14-126:4; 127:12-129:10; 132:14-133:1; 134:21-135:8; 138:21-139:13; 147:12-148:3; 149:6-151:14; 153:21-154:5; 156:10-160:5; 162:3-6; 163:4-15; 164:23-165:11; 165:18-166:5; 169:9-172:9; 174:12-178:15; 183:15-184:21; 185:2-16; 187:9-13; 190:12-191:19; 192:5-21; 196:4-197:11; 202:20-203:3; 208:11-215:5; 216:5-217:3; 217:22-218:10; 220:2-221:22; 222:22-223:5; |

| Deponent | Date Taken | Page:Line |
|---|---|---|
| | | 224:18-225:2; 227:7-229:13; 230:4-231:9; 233:7-234:15; 235:21-240:7; 241:9-242:14; 243:6-16; 245:17-246:19; 251:12-252:11; 252:25-255:23; 256:17-25; 257:16-259:9; 259:23-261:20; 262:17-22; 264:15-267:14; 267:21-269:3; 269:14-270:1; 271:14-277:12; 278:2-10; 279:5-280:8; 280:18-281:9; 282:21-284:4; 286:18-287:2; 287:12-288:13; 288:21-290:13; 291:8-17 |
| Daniel Jensen | January 6, 2022 | 5:15-17; 14:6-16:16; 17:21-19:17; 19:20-23:12; 24:23-25:7; 26:6-16; 26:18-27:16; 28:19-31:17; 32:9-34:8; 34:22-36:9; 36:16-38:1; 39:14-40:8; 41:12-42:21; 44:1-15; 44:23-49:10; 51:7-52:25; 96:8-98:5; 101:18-102:18; 112:8-113:16; 114:14-115:1; 115:3-118:4; 122:1-123:3; 124:23-25; 135:13-136:3; 136:15-137:2; 138:7-139:24; 162:3-165:10; 166:1-6; 171:4-9; 173:25-174:25; 175:2-11; 179:22-180:20; 182:14-183:6; 185:18-186:8; 189:20-195:7; 196:10-198:6; 198:10-200:14; 201:4-203:17; 203:19-205:10; 206:24-209:2; 212:21-213:7; 216:7-19; 234:4-19; 243:4-245:4; 246:9-247:15; 247:21-248:19; 248:24-250:10; 250:12-263:8; 264:17-267:25; 268:2-270:21 |
| Jennifer Givens | October 27, 2021 | 6:3-6; 13:6-14:10; 16:11-20; 17:7-18:4; 19:3-5; 22:8-23:25; 27:10-21; 28:17-29:13; 32:1-19; 36:9-25; 37:2-39:10; 44:8-23; 52:18-54:5; 57:23-58:10; 59:6-12; 59:15-20; 101:9-102:19; 119:23-120:11; 121:21-122:6; 127:2-10; 131:1-132:10; 132:16-23; 134:6-23; 135:11-136:17; 139:9-23; 142:17-144:25; 145:4-147:2; 147:16-149:2; 149:16-24; 152:4-153:14; 171:2-13; 171:18-172:6; 180:1-182:4; 184:20-25; 194:14-195:5; 196:8-22; 197:2-5; 197:19-199:2 |
| Aana Camp | November 3, 2021 | 7:18-22; 15:11-17; 22:9-21; 23:7-25; 26:15-27:8; 30:18-31:15; 34:12-35:1; 41:1-43:16; 44:12-46:8; 48:2-49:14; 50:7-51:2; |

| Deponent | Date Taken | Page:Line |
|---|---|---|
| | | 52:8-23; 53:3-18; 56:13-57:12; 58:2-60:10; 83:7-85:12; 87:22-88:17; 92:14-93:2; 125:13-22; 144:24-146:20; 151:19-152:11; 155:24-160:6; 190:23-191:5; 192:6-193:15; 194:10-195:7 |
| Puya Ghandian | November 12, 2021 | 6:16-25; 19:8-22; 28:6-30:2; 31:18-32:10; 33:15-34:4; 34:24-36:1; 36:6-23; 37:3-16; 39:19-40:13; 44:19-25; 53:14-23; 54:3-55:23; 71:5-23; 83:10-25; 86:17-87:6; 88:20-89:18; 92:12-97:13; 111:8-18; 126:12-127:2; 129:25-130:6; 133:18-134:1; 144:20-145:18; 147:24-150:4; 157:20-158:5; 161:6-165:3; 168:4-11 |
| Maxwell Stock | November 9, 2021 | 21:10-25; 23:22-24:4; 97:14-102:24; 158:5-160:2; 172:4-12; 173:2-174:24; 175:25-179:8; 180:11-21; 182:17-184:18 |
| Jeffry Stock | December 9, 2021 | 46:7-49:19; 160:16-162:10; 181:20-186:8; 189:12-17 |
| Eduardo Perez | November 16, 2021 | 16:19-25; 19:8-16; 22:15-23:15; 27:15-28:20; 156:19-157:6; 178:23-180:20; 182:12-185:21 |
| Mindy Kurzer, Ph.D. | June 29, 2022 | 17:4-18:23; 21:5-22:13; 22:17-24:10; 43:2-44:24; 47:14-48:14; 53:16-59:5; 66:18-72:1 |
| Anne Coughlan, Ph.D. | June 30, 2022 | 5:10-13; 11:3-9; 12:6-11; 12:24-13:4; 22:23-23:3; 24:9-26:3; 26:8-27:5; 27:9-33:13; 33:21-39:2; 40:6-14; 50:4-52:24; 57:5-59:12; 62:13-65:16; 69:12-79:19; 80:2-81:17; 89:4-90:25; 92:1-94:13; 98:7-102:17; 103:17-105:13; 106:9-107:3; 107:25-115:1; 124:17-125:22; 126:4-129:5; 137:24-139:8; 139:22-166:10; 167:3-204:13; 204:22-205:18; 207:13-229:13; 231:4-21; 232:20-234:18; 235:9-247:3; 247:9-251:14; 252:12-263:3; 264:12-265:25; 266:8-273:5; 273:18-279:12; 279:19-287:7; 290:24-291:7; 291:14-292:18 |

| Deponent | Date Taken | Page:Line |
|---|---|---|
| Walter H. A. Vandaele, Ph.D. | July 6, 2022 | 5:18-25; 23:3-14; 23:25-25:16; 25:23-27:4; 27:12-28:8; 33:15-34:1; 42:10-15; 44:22-45:5; 60:23-62:1; 69:23-71:21; 75:6-25; 86:20-87:1; 91:15-92:4; 94:11-18; 95:1-96:22; 97:15-98:1; 108:8-110:9; 115:16-119:6; 120:22-121:8; 121:19-122:2; 126:24-127:9; 127:16-128:9; 128:19-129:1; 129:14-130:23; 132:8-133:15; 133:17-143:2; 144:1-25; 145:7-148:25; 152:2-12; 160:1-162:20; 163:16-19; 164:2-165:9; 166:19-169:24; 171:12-17; 175:7-176:14; 177:18-23; 179:13-181:9; 181:17-184:1; 184:11-186:13; 188:6-20; 189:6-190:14; 195:2-9; 198:4-200:10; 202:10-204:4; 205:11-23; 206:6-24; 207:12-18; 208:15-210:20 |
| Dr. Stacie Bosley | May 18, 2022 | 6:5-19; 7:5-8:4; 9:21-10:6; 10:21-11:24; 12:6-14:6; 14:12-24; 15:8-10; 15:21-23; 16:4-19; 17:4-17; 18:2-20:10; 21:10-14; 22:14-24:23; 25:2-27:2; 28:10-30:22; 32:7-33:22; 34:22-35:7; 36:22-45:2; 45:21-46:5; 47:14-48:20; 50:2-20; 51:22-53:13; 53:21-57:19; 59:14-61:2; 61:21-63:23; 64:14-65:16; 66:8-67:7; 75:5-77:13; 78:7-23; 79:7-85:21; 88:12-89:14; 89:16-91:14; 97:16-24; 98:11-14; 99:12-100:15; 101:9-102:9; 102:11-103:9; 104:1-23; 105:11-106:7; 109:16-110:22; 114:2-10; 117:2-20; 119:11-120:8; 122:8-123:3; 123:22-124:15; 125:3-22; 126:6-128:2; 130:1-13; 131:13-133:5; 138:10-22; 139:1-140:3; 141:9-142:10; 142:12-24; 144:7-24; 145:24-146:20; 147:22-148:6; 148:18-149:5; 149:17-150:6; 151:4-16; 152:5-153:12; 156:3-157:11; 157:23-158:6; 162:2-163:14; 166:16-167:8; 169:20-171:19; 174:11-16; 175:11-16; 177:6-178:18; 186:6-22; 191:2-22; 192:7-195:15; 199:13-200:1; 203:11-205:24; 206:2-207:10; 208:4-18; 210:16-18; 212:6-213:18; 215:17-219:7; 220:16-222:2; 222:4-224:17; 225:1-20; 226:5-228:8; 237:20-241:8; 241:15-242:3; 243:2-23; |

| Deponent | Date Taken | Page:Line |
|---|---|---|
| | | 244:11-246:6; 249:2-250:23; 260:3-263:4; 263:19-264:16; 266:7-267:7; 270:18-271:13; 272:3-273:1; 273:3-14; 274:20-23; 281:11-20; 282:13-283:21; 284:10-285:19; 285:21-286:3; 286:16-287:4; 289:3-7 |

Date: September 19, 2022     Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Michelle Y. Ku*
**Craig B. Florence**
Texas Bar No. 07158010
cflorence@foley.com
**Michelle Y. Ku**
Texas Bar No. 24071452
mku@foley.com
2021 McKinney, Suite 1600
Dallas, Texas 75201
Tel: 214.999.3000
Fax: 214.999.4667

**Edward D. ("Ed") Burbach**
Texas Bar No. 03355250
eburbach@foley.com
**Robert F. Johnson**
Texas State Bar No. 10786400
rjohnson@foley.com
**Kristina W. Silcocks**
Texas Bar No. 00795930
ksilcocks@foley.com
600 Congress Avenue, Suite 3000
Austin, TX 78701
Tel: 512.542.7000
Fax: 512.542.7100

**Jay N. Varon**
District of Columbia Bar No. 236992
jvaron@foley.com
(admitted *pro hac vice*)
3000 K St. NW
Washington, DC  20007
Tel: 202.672.5300
Fax: 202.672.5399

**COUNSEL FOR DEFENDANTS
NEORA, LLC and JEFFREY OLSON**

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the above and foregoing document has been served on September 19, 2022 on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

>                             */s/ Michelle Y. Ku*
>                             Michelle Y. Ku