IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-cv-01979-M |
| | § | |
| NEORA, LLC, SIGNUM BIOSCIENCES, | § | |
| SIGNUM NUTRALOGIX, and | § | |
| JEFFREY OLSON, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFF'S AMENDED DEPOSITION DESIGNATIONS

Defendants Neora, LLC and Jeffrey Olson ("Defendants") file these objections and counter-designations to Plaintiff's Amended Deposition Designations (Dkt. 275) as set out below. Where necessary, Defendants designate testimony from those witnesses pursuant to Federal Rule of Civil Procedure 32(a)(6), which provides that "[i]f a party offers in evidence only part of a deposition, an adverse party may require the offeror to introduce other parts that in fairness should be considered with the part introduced, and any party may itself introduce any other parts."

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Deponent | Page:Line | Objection | Cross-Designation |
|---|---|---|---|
| **Sandra Davis (10/28/21)** | | | |
| | 16:16-17 | Incomplete designation/optional completeness | 17:12-25 |
| | 20:17-20 | Incomplete designation/optional completeness | 18:1-3 |
| | 22:10-13 | Incomplete designation/optional completeness | Errata to 22:13 (misstated as 6:13); alternatively, 21:22-23; 22:3-4 |
| | 23:7-18 | Incomplete designation/optional completeness | 23:2-6 |
| | 24:21-22 | Legal conclusion | If objection overruled, add 24:23-24; 25:2-3; 25:8-14 |
| | 39:9-40:5 | Incomplete designation/optional completeness | 38:10-19 |
| | 44:7-15 | Incomplete designation/optional completeness | 44:1-6; Errata to 44:10-12; 45:17-24 |
| | 55:9-57:21 | Incomplete designation/optional completeness | 54:19; 55:3-5; 55:7-8; Errata to 56:1; Errata to 56:9; Errata to 56:11-12; Errata to 56:12; Errata to 56:17 |
| | 58:11-15 | Incomplete designation/optional completeness | 58:3-10 |
| | 69:25-70:4 | Incomplete designation/optional completeness | 69:22-24 |
| | 70:10-12 | Incomplete designation/optional completeness | 70:5-9 |
| | 71:19-72:8 | As to 71:19-21, calls for speculation | |
| | 73:9-23 | Incomplete designation/optional completeness | 72:17-24; 73:3-8 |

| Deponent | Page:Line | Objection | Cross-Designation |
|---|---|---|---|
| | 74:22-75:10 | Incomplete designation/optional completeness | 72:17-24; 73:3-8 |
| | 77:2-12 | Incomplete designation/optional completeness | 75:24-76:12; 77:13-19 |
| | 80:21-81:7 | Incomplete designation/optional completeness | 81:14-25 |
| | 85:9-86:9 | As to 85:9-12, calls for speculation | If objection overruled, add 84:14-85:8 |
| | 92:6-93:20 | Incomplete designation/optional completeness | 91:10-13; Errata to 93:17 |
| | 106:1-5 | Incomplete designation/optional completeness | 104:16-105:25 |
| | 107:5-16 | Incomplete designation/optional completeness | 107:17-108:1 |
| | 113:25-114:17 | Vague and ambiguous; overbroad; incomplete hypothetical | |
| | 120:2-13 | Incomplete designation/optional completeness | 119:20-25; 120:15-121:11 |
| | 123:7-21 | As to 123:13, mischaracterizes testimony | If objection overruled, add 56:5-7; 57:2-3; 124:9-12; 124:15-17 |
| | 123:25-124:2 | Mischaracterizes testimony | If objection overruled, add 56:5-7; 57:2-3; 124:9-12; 124:15-17 |
| | 140:13-141:24 | Incomplete designation/optional completeness | 143:5-10 |
| | 148:18-149:6 | Calls for speculation; lack of foundation | |
| | 149:17-20 | Calls for speculation; lack of foundation | |
| | 164:16-20 | Legal conclusion; vague and ambiguous | If objection overruled, add 164:22-165:5 |

| Deponent | Page:Line | Objection | Cross-Designation |
|---|---|---|---|
| | 167:22-168:6 | Calls for speculation; lack of foundation | If objection overruled, add 168:19-169:5 |
| **Deborah Heisz (11/30/21)** | | | |
| | 45:10-46:20 | Incomplete designation/optional completeness | 43:8-9; 43:21-45:9; 47:21-48:3 |
| | 53:18-20 | Incomplete designation/optional completeness | 52:10-53:17; 53:21-54:8 |
| | 54:10-55:9 | Vague and ambiguous; overbroad; assumes facts not in evidence<br><br>Incomplete designation/optional completeness | Errata at 54:25 |
| | 56:22-57:8 | Incomplete designation/optional completeness | Errata at 57:3 57:9-15 |
| | 62:5-16 | Incomplete designation/optional completeness | 61:3-62:4; 62:17-20 |
| | 64:1-6 | Incomplete designation/optional completeness | 64:7-11 |
| | 69:7-70:12 | Incomplete designation/optional completeness | 70:13-71:2 |
| | 73:1-6 | Calls for speculation; witness lacks personal knowledge | If objection overruled, add 72:11-25 |
| | 97:10-17 | Incomplete designation/optional completeness | 96:16-97:9; 97:18-98:3 |
| | 98:8-9 | Vague and ambiguous; incomplete hypothetical; incomplete designation | If objection overruled, add 98:4-5 |
| | 125:20-126:7 | Incomplete designation/optional completeness | 126:8-10 |
| | 132:13-25 | Incomplete designation/optional completeness | 133:1-13 |
| | 140:13-17 | Incomplete designation/optional completeness | 140:1-13; Errata at 140:11; 140:17-21 |
| | 143:13-144:13 | Incomplete designation/optional completeness | 144:14-16 |

| Deponent | Page:Line | Objection | Cross-Designation |
|---|---|---|---|
| | 163:7-12 | Incomplete designation/optional completeness | 163:5-6; 163:12-17 |
| | 169:19-170:2 | Incomplete designation/optional completeness | 170:3-14 |
| **Jeffrey Olson (12/10/2021)** | | | |
| | 23:7-11 | Incomplete designation/optional completeness | 23:12-20 |
| | 29:13-14 and 18-21 | Vague and ambiguous; incomplete hypothetical; lacks foundation | If objection overruled, add 29:5-12; Errata at 29:11; 29:21-23 |
| | 30:7-10 | Vague and ambiguous; incomplete hypothetical; lacks foundation | If objection overruled, add 30:10-14 |
| | 30:15-31:4 | Incomplete designation/optional completeness | 31:12-22 |
| | 38:12-15 | Incomplete designation/optional completeness | 38:21-39:1 |
| | 61:17-62:14 | Vague and ambiguous | |
| | 62:20-63:10 | Incomplete designation/optional completeness | 63:13-64:11 |
| | 64:17-65:7 | As to 64:17-23, incomplete designation/optional completeness<br><br>As to 64:24-65:7, vague and ambiguous | 64:12-16<br>Errata at 64:13<br>Errata at 64:15<br><br>If objection overruled, add 65:11-24 |
| | 68:2-15 | Vague and ambiguous; overbroad | If objection overruled, add 65:25-68:1 |
| | 69:1-19 | Vague and ambiguous | If objection overruled, add 70:19-71:9 |
| | 69:25-70:6 | Vague and ambiguous | If objection overruled, add 70:19-71:9 |
| | 70:11-14 | Incomplete designation/optional completeness | 70:19-71:9 |

| Deponent | Page:Line | Objection | Cross-Designation |
|---|---|---|---|
|  | 71:21-72:1 | Vague and ambiguous | If objection overruled, add 70:15-71:20; 72:1-6 |
|  | 72:19-73:3 | Incomplete designation/optional completeness | 73:5-22 |
|  | 73:23-25 | Incomplete designation/optional completeness | 73:4-22; 74:1 |
|  | 74:2-23 | Incomplete designation/optional completeness | 73:5-22 |
|  | 75:9-76:5 | Vague and ambiguous; overbroad | If objection overruled, add 73:5-22; Errata at 75:20 |
|  | 79:17-20 | Incomplete designation/optional completeness | 79:21-80:13 |
|  | 85:17-86:14 | Incomplete designation/optional completeness | 85:7; 85:12-15 |
|  | 98:11-99:20 | Vague and ambiguous |  |
|  | 105:10-24 | Incomplete designation/optional completeness | 103:24-104:3; 104:24-105:3; 107:17-18 |
|  | 106:5-10 | Incomplete designation/optional completeness | 103:24-104:3; 104:24-105:3; 107:17-18 |
|  | 106:22-107:15 | Incomplete designation/optional completeness | 103:24-104:3; 104:24-105:3; 107:17-18 |
|  | 112:4-8 | Incomplete designation/optional completeness | 112:9-15; 112:18-113:4 |
|  | 113:6-11 | Incomplete designation/optional completeness | 112:9-15; 112:18-113:4; 113:12-22 |
|  | 114:3-13 | Incomplete designation/optional completeness | 114:14-16; 114:20-23 |
|  | 114:17-19 | Incomplete designation/optional completeness | 114:14-16; 114:20-23 |
|  | 114:24-115:3 | Incomplete designation/optional completeness | 114:14-16; 114:20-23; 115:3-9; Errata at 115:9 |

| Deponent | Page:Line | Objection | Cross-Designation |
|---|---|---|---|
| | 115:10-25 | Incomplete designation/optional completeness | 114:14-16; 114:20-23; 115:3-9 Errata at 115:9 |
| | 117:21-22 | Lack of foundation | If objection overruled, add 117:23-24 |
| | 119:10-11 | Lack of foundation | If objection overruled, add 117:23-24; 118:14-17 119:7-9 |
| | 119:13-16 | Lack of foundation | If objection overruled, add 117:23-24; 118:14-17 119:7-9 |
| | 122:7-123:3 | Incomplete designation/optional completeness | 122:4-6; Errata at 122:17 |
| | 125:14-19 | Witness lacks personal knowledge | If objection overruled, add 128:11-19 |
| | 126:4-8 | Witness lacks personal knowledge | If objection overruled, add 128:11-19 |
| | 155:2-5 | Incomplete designation/optional completeness | 153:23-155:1; 155:6-9; 155:15-23; 158:22-160:24 |
| | 162:13-19 | Witness lacks personal knowledge; lack of foundation; assumes facts not in evidence | If objection overruled, add 163:23-164:13 |
| | 163:9-22 | Witness lacks personal knowledge; lack of foundation; assumes facts not in evidence | If objection overruled, add 163:23-164:13 |
| | 167:16-23 | Incomplete designation/optional completeness | 166:25-167:8 |
| | 171:6-8 | Incomplete designation/optional completeness | 171:9-22; 172:7-13 |
| | 192:7-25 | Calls for speculation | |

| Deponent | Page:Line | Objection | Cross-Designation |
|---|---|---|---|
| | 200:10-25 | Vague and ambiguous; overbroad; calls for a legal conclusion; lack of foundation; incomplete hypothetical; assumes facts not in evidence; argumentative; misleading | If objection overruled, add 199:19-200:8 |
| | 202:2-203:9 | Vague and ambiguous; overbroad; calls for a legal conclusion; lack of foundation; incomplete hypothetical; assumes facts not in evidence; argumentative; misleading | If objection overruled, add 199:19-200:8; 201:2-25; Errata at 202:10 |
| **Amber Rourke (12/20/2021)** | | | |
| | 42:3–12 | Incomplete designation/optional completeness | 41:11–42:2; 42:13–15 |
| | 48:25–49:7 | Vague and ambiguous | 49:8–17 |
| | 58:4–21 | Incomplete designation/optional completeness | 59:8–66:11 |
| | 70:11–13 | Incomplete designation/optional completeness | 70:14–18 |
| | 70:19–23 | Incomplete designation/optional completeness | 70:24–71:3 |
| | 71:4–16 | Incomplete designation/optional completeness | 71:17–72:5 |
| | 77:19–78:1 | Incomplete designation/optional completeness | Errata at 77:24; 78:2–14 |
| | 81:11–21 | Incomplete designation/optional completeness | 89:13–17; Errata at 89:14 |
| | 103:2–5; 103:25–6; 105:2–25 | Witness lacks personal knowledge | If objection overruled, add 104:7–16; 106:9–19 |
| | 107:1–19 | Incomplete designation/optional completeness | 107:20–108:11 |
| | 110:4–112:12 | Incomplete designation/optional completeness | 112:13–22 |
| | 112:23–113:6 | Incomplete designation/optional completeness | 113:7–13 |
| | 129:1–8 | Vague and ambiguous; calls for speculation; witness lacks personal knowledge | |

| Deponent | Page:Line | Objection | Cross-Designation |
|---|---|---|---|
| | 149:25–150:5 | Calls for speculation; lacks foundation; witness lacks personal knowledge | |
| | 152:13–19 | Incomplete designation/optional completeness | 152:19–153:1 |
| | 153:2–5 | Incomplete designation/optional completeness | 153:5-6 |
| | 154:9–21 | Calls for speculation | |
| | 153:10–155:25 | Incomplete designation/optional completeness | 156:1–4 |
| | 156:17–158:24 | Calls for speculation; witness lacks personal knowledge | If objection overruled, add 158:25–160:3 |
| | 162:12–163:12 | Calls for speculation; witness lacks personal knowledge | |
| | 164:21–25 | Incomplete designation/optional completeness | 165:1–19 |
| | 178:8–9 | Calls for speculation | |
| | 180:22–181:11 | Calls for speculation | |
| **Neora, LLC – Fed. R. Civ. P. 30(b)(6) (01/11/2022)** | | | |
| | 6:12-7:6 | As to 7:1-6, vague and ambiguous; overbroad; irrelevant | |
| | 11:16-21 | Incomplete designation/optional completeness | 11:21-12:1; Errata at 11:23 |
| | 12:8-18 | Incomplete designation/optional completeness | 12:23-13:11 |
| | 17:5-18:13 | Vague and ambiguous; calls for speculation | |
| | 20:25-21:6 | Incomplete designation/optional completeness | 20:13; 20:16-22; 21:6-8 |
| | 24:19-27:14 | Incomplete designation/optional completeness | 40:2-11 |

| Deponent | Page:Line | Objection | Cross-Designation |
|---|---|---|---|
| | 35:18-39:22 | As to 35:18-37:4, vague and ambiguous; calls for speculation; argumentative; assumes facts not in evidence; overbroad<br><br>As to 38:19-39:22, incomplete designation/optional completeness | 39:23-40:1;<br>Errata at 39:24 |
| | 41:4-7 | Vague and ambiguous; calls for speculation; no foundation; assumes facts not in evidence | If objection overruled, add 40:12-20; 41:12-18 |
| | 45:16-46:7 | Vague and ambiguous; calls for speculation; no foundation | If objection overruled, add 44:7-14; 44:25-45:14; Errata at 45:7; 46:22-24; 49:9-13 |
| | 46:14-21 | Incomplete designation/optional completeness | 46:8-9; 46:11-12 |
| | 47:23-48:9 | Legal conclusion; no foundation; incomplete hypothetical | 47:4-21; 49:9-13 |
| | 48:15-49:8 | Legal conclusion; no foundation; incomplete hypothetical | 47:4-21; 49:9-13 |
| | 49:19-51:12 | Incomplete designation/optional completeness | Errata at 50:19; 51:23-25; 57:12-58:2 |
| | 52:2-4 | Incomplete designation/optional completeness | 51:20; 51:23-52:1 |
| | 52:15-54:1 | Incomplete designation/optional completeness | 51:20; 51:23-52:1 54:2-6; 54:16-57:5; Errata at 56:13; 57:12-58:2 |
| | 59:8-9 | Incomplete designation/optional completeness | 58:16-59:8; 59:9-19 Errata at 59:19 |
| | 61:3-7 | Incomplete designation/optional completeness | 60:18-61:2 |
| | 61:16-17 | Incomplete designation/optional completeness | 60:18-61:2 |

| Deponent | Page:Line | Objection | Cross-Designation |
|---|---|---|---|
| | 62:7-24 | Incomplete designation/optional completeness | 63:3-17 |
| | 63:18-23 | Incomplete designation/optional completeness | 63:3-17 |
| | 73:8-10 | Vague and ambiguous | If objection overruled, add 73:12-17 |
| | 78:15-21 | Overbroad | If objection overruled, add 77:7-78:14 |
| | 79:10-19 | Incomplete designation/optional completeness | 79:20-21; 80:5-11; 80:16-23 |
| | 79:22-80:4 | Incomplete designation/optional completeness | 79:20-21; 80:5-11; 80:16-23 |
| | 81:23-82:12 | Incomplete designation/optional completeness | 82:13; 82:16-23; 84:21-23 |
| | 82:24-83:20 | Incomplete designation/optional completeness | 82:13; 82:16-23; 84:21-23 |
| | 84:24-85:18 | Incomplete designation/optional completeness | 85:19-86:7; Errata at 85:21-22 |
| | 86:8-14 | Overbroad; vague and ambiguous | |
| | 86:21-87:8 | Incomplete designation/optional completeness | 86:16-20; 88:13-15 |
| | 89:12-90:3 | As to 90:3, nothing designated<br><br>As to 89:20-90:2, incomplete designation/optional completeness | 90:8-11 |
| | 90:7-8 | Incomplete designation/optional completeness | 90:8-11 |
| | 94:3-11 | Incomplete designation/optional completeness | 93:24-94:2; 94:12-18; Errata at 94:13 |
| | 94:19-23 | Incomplete designation/optional completeness | 94:24-95:6 |
| | 95:6-96:8 | Incomplete designation/optional completeness | 94:24-95:6 |

| Deponent | Page:Line | Objection | Cross-Designation |
|---|---|---|---|
| | 98:11-22 | Incomplete designation/optional completeness | 97:5-15; 98:23-99:4 99:17-23; 100:15-101:8 |
| | 99:5-16 | As to 99:5-11, incomplete designation/optional completeness | 97:5-15; 98:23-99:4 99:17-23; 100:15-101:8 |
| | 101:13-102:1 | Incomplete designation/optional completeness | 102:13-103:9; 104:17-105:1; 106:3-12 |
| | 103:10-104:14 | Incomplete designation/optional completeness | 102:13-103:9; 104:17-105:1; 106:3-12 |
| | 106:13-21 | Irrelevant | If objection overruled, add 106:22-107:3; 107:6-12 |
| | 109:24-110:25 | As to reference to deposition exhibit 448, irrelevant | If objection overruled, add 101:13-102:1 102:13-103:9; 106:3-107:3; 107:6-12; 110:25-111:3 |
| | | As to 110:20-25, vague and ambiguous | If objection overruled, add 110:25-111:3 |
| | 111:18-113:2 | Incomplete designation/optional completeness | 113:2-20 |
| | 116:9-118:2 | Incomplete designation/optional completeness | 116:5-8 |
| | 119:6-10 | Vague and ambiguous; overbroad; incomplete hypothetical; calls for speculation | If objection overruled, add 118:25-119:1; 119:3-4 |
| | 121:3-7 | Overbroad; vague and ambiguous | If objection overruled, add 120:22-23; 121:1 |
| | 121:12-24 | Incomplete designation/optional completeness | 121:9-11; 121:25-122:3 |

| Deponent | Page:Line | Objection | Cross-Designation |
|---|---|---|---|
| | 122:7-11 | Incomplete designation/optional completeness | 121:9-11; 121:25-122:3; 122:12-15 |
| | 125:5-12 | Incomplete designation/optional completeness | 122:24-123:1; 126:18-127:7; 127:9-13; Errata at 127:12-13 |
| | 125:18-23 | Incomplete designation/optional completeness | 122:24-123:1; 126:18-127:7; 127:9-13; Errata at 127:12-13 |
| | 126:6-10 | Incomplete designation/optional completeness | 122:24-123:1; 126:18-127:7; 127:9-13; Errata at 127:12-13 |
| | 126:14-17 | Incomplete designation/optional completeness | 122:24-123:1; 126:18-127:7; 127:9-13; Errata at 127:12-13 |
| | 127:15-22 | Vague and ambiguous; overbroad | |
| | 128:3-18 | Incomplete designation/optional completeness | 128:19-129:3; 129:9-11 |
| | 129:12-17 | Incomplete designation/optional completeness | 129:4-11; 130:17-20 |
| | 131:1-6 | Incomplete designation/optional completeness | 131:7-14 |
| | 138:13-139:4 | Incomplete designation/optional completeness | 137:7-138:11; 139:5-140:17; Errata at 139:17 |
| | 151:2-10 | Incomplete designation/optional completeness | 151:21-25 |
| | 171:24-172:2 | Incomplete designation/optional completeness | 171:19-23 172:3-14 |
| | 184:5-24 | Vague and ambiguous | |
| | 185:15-25 | Vague and ambiguous; overbroad; calls for a legal conclusion; lack of foundation; incomplete hypothetical; assumes facts not in evidence; argumentative; misleading | |

| Deponent | Page:Line | Objection | Cross-Designation |
|---|---|---|---|
| **Puya Ghandian (11/12/2021)** | | | |
| | 15:16-25 | Incomplete designation/ optional completeness | 16:1-8 |
| | 17:23-18:13 | Incomplete designation/ optional completeness | 18:14-16 |
| | 19:3-7 | Incomplete designation/ optional completeness | 18:25-19:2 |
| | 24:19-21 | Speculation | |
| | 27:6-11 | Speculation | |
| | 47:99-48:12 | Speculation | |
| | 59:14-25 | Incomplete designation/ optional completeness | 60:1-3 |
| | 72:15-73:14 | Incomplete designation/ optional completeness | 72:1-14 |
| | 91:11-19 | Incomplete designation/ optional completeness | 91:20-92:11 |
| | 97:15-99:7 | Speculation as to 99:2-7 | |
| | 101:5-103:4 | Lack of foundation – testimony not in evidence (Ex. 185); hearsay | |
| | 113:17-115:12 | Lack of foundation – testimony not in evidence (Ex. 188), hearsay; incomplete designation/ optional completeness | If objections overruled, add 115:13-17 |
| | 115:21-116:25 | Calls for legal conclusion; speculation | |
| | 118:3-123:15 | Speculation | |
| | 123:24-125:16 | Speculation | |

In addition to the specific objections set forth above to the FTC's deposition designations, Defendants object to the FTC's failure to include relevant errata. Each of the deponents whose deposition testimony the FTC proposed designations for, with the exception of Mr. Ghandian, timely submitted errata sheets to which the FTC did not object. The FTC attached to its deposition designations copies of the transcripts of the designated depositions, but did not include the errata sheets. Any deposition designations the FTC is permitted to present at trial should include any relevant errata thereto.

**DEFENDANTS' COUNTER-DESIGNATIONS TO
PLAINTIFF'S DEPOSITION DESIGNATIONS OF PUYA GHANDIAN**

| **Puya Ghandian** (11/12/2021) | November 12, 2021 | 6:16-25; 28:6-30:2; 31:18-32:10; 33:15-34:4; 34:24-36:1; 36:6-23; 37:3-16; 39:19-40:13; 44:19-25; 53:14-23; 54:3-55:23; 71:5-23; 86:17-87:6; 88:20-89:18; 92:12-97:13; 111:8-18; 126:12-127:2; 129:25-130:6; 147:24-150:4; 157:20-158:5; 161:5-165:3; 168:4-11 |
|---|---|---|

Date: October 17, 2022

Respectfully submitted,
**FOLEY & LARDNER LLP**

*/s/ Craig B. Florence*
**Craig B. Florence**
Texas Bar No. 07158010
cflorence@foley.com
**Michelle Y. Ku**
Texas Bar No. 24071452
mku@foley.com
2021 McKinney, Suite 1600
Dallas, Texas 75201
Tel: 214.999.3000
Fax: 214.999.4667

**Edward D. ("Ed") Burbach**
Texas Bar No. 03355250
eburbach@foley.com
**Robert F. Johnson**
Texas State Bar No. 10786400
rjohnson@foley.com
**Kristina W. Silcocks**
Texas Bar No. 00795930
ksilcocks@foley.com
600 Congress Avenue, Suite 3000
Austin, TX 78701
Tel: 512.542.7000
Fax: 512.542.7100

**Jay N. Varon**
District of Columbia Bar No. 236992
jvaron@foley.com
(admitted *pro hac vice*)
3000 K St. NW
Washington, DC  20007
Tel: 202.672.5300
Fax: 202.672.5399

**COUNSEL FOR DEFENDANTS
NEORA, LLC and JEFFREY OLSON**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the above and foregoing document has been served on October 17, 2022 on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                      */s/ Craig B. Florence*
                                      Craig B. Florence