UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br> )<br> )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>NEORA, LLC, *et al.*, )<br> )<br>  Defendants. )<br> ) | Civil Action No. 3:20-cv-01979-M |

**JOINT STIPULATION TO MODIFY DEADLINE FOR POST-TRIAL BRIEFS**

Pursuant to the Joint Pre-Trial Order entered by the Court, the parties will file post-trial briefs within 30 days of the end of trial in this matter. *See* Dkt. 297 at 18. Trial concluded on October 25, 2022. *See* Dkt. 313. Because 30 days after the end of trial is Thanksgiving Day (November 24, 2022), the parties jointly stipulate that all post-trial briefs must be filed on or before Wednesday, November 23, 2022.

Dated: October 27, 2022

Respectfully Submitted,

/s/ *Lisa W. Bohl*
LISA W. BOHL
KATHARINE ROLLER
GUY G. WARD
RACHEL F. SIFUENTES
SAMANTHA DENNY
Federal Trade Commission, Midwest Region
230 S. Dearborn, Suite 3030
Chicago, Illinois 60604
Tel: (312) 960-5634
Fax: (312) 960-5600
Email: lbohl1@ftc.gov

Attorneys for Plaintiff
**FEDERAL TRADE COMMISSION**

**FOLEY & LARDNER LLP**

/s/ *Craig B. Florence*
**Craig B. Florence**
Texas Bar No. 07158010
cflorence@foley.com
**Michelle Y. Ku**
Texas Bar No. 24071452
mku@foley.com
2021 McKinney, Suite 1600
Dallas, Texas 75201
Tel: 214.999.3000
Fax: 214.999.4667

**Edward D. ("Ed") Burbach**
Texas Bar No. 03355250
eburbach@foley.com
**Robert F. Johnson**
Texas State Bar No. 10786400
rjohnson@foley.com
**Kristina W. Silcocks**
Texas Bar No. 00795930
ksilcocks@foley.com
600 Congress Avenue, Suite 3000
Austin, TX 78701
Tel: 512.542.7000
Fax: 512.542.7100
**Jay N. Varon**
District of Columbia Bar No. 236992
jvaron@foley.com
(admitted *pro hac vice*)
3000 K St. NW
Washington, DC  20007
Tel: 202.672.5300
Fax: 202.672.5399

**COUNSEL FOR DEFENDANTS**
**NEORA, LLC and JEFFREY OLSON**

2