# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-cv-01979-M |
| NEORA LLC, et al., | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the Opposed Motion to Extend Deadline to File Reply (ECF No. 333), filed by Defendant Neora, LLC. The Motion is **GRANTED.** The deadline for Neora, LLC to file a reply in support of its Motion for Protective Order Requiring Redaction of Certain Information in Trial Transcripts is extended to December 9, 2022.

Counsel are directed to review the standards of practice to be observed by attorneys appearing in civil actions in this district, as set forth in *Dondi Properties Corp. v. Com. Sav. & Loan Ass'n*, 121 F.R.D. 284, 288 (N.D. Tex. 1988) (en banc), and in particular the requirement that "[i]f a fellow member of the Bar makes a just request for cooperation, or seeks scheduling accommodation, a lawyer will not arbitrarily or unreasonably withhold consent."

**SO ORDERED**.

December 1, 2022.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE