IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-cv-01979-M |
| NEORA LLC, et al., | § § § | |
| Defendants. | § § § § | |

**FINAL JUDGMENT**

Following a bench trial, the Court entered its Findings of Fact and Conclusions of Law, in which it denied all relief requested by Plaintiff. In accordance with that Order, it is

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Federal Trade Commission take nothing on its claims against Defendants. All costs of court are taxed against Plaintiff.

**SO ORDERED**.

September 28, 2023.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE

1