UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) Civil Action No. 3:20-cv-01979-M |
| v. | ) |
| NEORA, LLC, et al., | ) |
| Defendants. | ) |

[~~PROPOSED~~] AGREED ORDER

Before the Court is Plaintiff Federal Trade Commission's Unopposed Motion to Review Taxation of Costs. The Motion is **GRANTED**.

Pursuant to the agreement of the parties as confirmed by their signatures below, the costs taxed by the Clerk of the Court shall be reduced by $11,494.91, and the Court hereby assesses costs in favor of Defendants Neora, LLC and Jeffrey Olson and against the FTC in the sum of $24,052.25.

**Attorneys for Plaintiff**
**FEDERAL TRADE COMMISSION**

/s/ Rachel F. Sifuentes
RACHEL F. SIFUENTES
LISA W. BOHL
KATHARINE ROLLER
Federal Trade Commission, Midwest Region
230 S. Dearborn, Suite 3030
Chicago, Illinois 60604
Tel: (312) 960-5617
Fax: (312) 960-5600
Email: rsifuentes@ftc.gov

**Counsel for Defendants**
**NEORA, LLC and JEFFREY OLSON**

/s/ *Craig B. Florence*
Craig B. Florence
Texas Bar No. 07158010
cflorence@foley.com
Michelle Y. Ku
Texas Bar No. 24071452
mku@foley.com
Stephanie Lee McPhail
Smcphail@foley.com
FOLEY & LARDNER LLP
2021 McKinney, Suite 1600
Dallas, Texas 75201
Tel: 214.999.3000
Fax: 214.999.4667

Edward D. ("Ed") Burbach
Texas Bar No. 03355250
eburbach@foley.com
Robert F. Johnson
Texas State Bar No. 10786400
rjohnson@foley.com
John Sepehri
Texas Bar No. 00797408
jsepehri@foley.com
FOLEY & LARDNER LLP
600 Congress Avenue, Suite 3000
Austin, TX 78701
Tel: 512.542.7000
Fax: 512.542.7100

Jay N. Varon
District of Columbia Bar No. 236992
jvaron@foley.com
(admitted pro hac vice)
FOLEY & LARDNER LLP
3000 KSt. NW
Washington, DC 20007
Tel: 202.672.5300
Fax: 202.672.5399

IT IS SO ORDERED.

Signed: \_\_\_\_\_10/24\_\_\_\_\_, 2023.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS